# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRIE POUBLON, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C.H. ROBINSON COMPANY; C.H. ROBINSON WORLDWIDE, INC.; and DOES 1 to 15, Inclusive,<br><br>Defendants. | Case No. **CV 12-06654 CAS (MANx)**<br><br>(Class Action)<br><br>**ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** [15]<br><br>Judge:    Hon. Christina A. Snyder<br><br>Action Filed: June 13, 2012 |

The Court has reviewed the Parties' Stipulation for Leave for Plaintiff to File a First Amended Complaint ("FAC").

Good cause appearing therefore, it is hereby ordered:

1. Plaintiff may file a FAC in the form attached as <u>Exhibit #1</u>. The FAC may add a claim for relief pursuant to PAGA based solely upon the factual allegations contained in the Complaint, except the FAC may also include factual allegations regarding Plaintiff's alleged exhaustion of her administrative remedies pursuant to PAGA. Except as indicated in this paragraph, the FAC will not add any other causes of action or factual allegations not previously contained in the Complaint.

2. Defendants' response to the FAC will be due 30 days after the Court rules on Defendants Motion to Compel Arbitration; however, if the matter is sent to arbitration, then the response and timetables for responding to the FAC, if any, will be governed by the rules governing arbitration.

3. This Stipulation shall not be evidence of, nor constitute waiver by Defendants of their right to stay the action, compel Plaintiff to arbitrate her claim on an individualized basis, and/or otherwise to seek dismissal of class action and representative action allegations.

**IT IS SO ORDERED.**

DATED: August 31, 2012

_/s/ Christina A. Snyder_
HONORABLE Christina A. Snyder
United States District Judge