1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| LORRIE POUBLON, an individual, on behalf of herself, and on behalf of all persons similarly situated, | Case No. CV 12-6654-CAS(MANx) |
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE AND TO CONTINUE THE SCHEDULING CONFERENCE** |
| v. | |
| C.H. ROBINSON COMPANY; C.H. ROBINSON WORLDWIDE, INC.; and DOES 1 through 50, inclusive, | Complaint Filed: June 13, 2012<br>Trial Date:       None Set<br>Judge:          Hon. Christina A.<br>                    Snyder _____ |
| Defendants. | |

19
20
21
22
23
24
25
26
27
28

The Court having reviewed the Parties' Stipulation Regarding Briefing Schedule and to Continue the Scheduling Conference, and finding good cause therefor, it is hereby ordered that the Stipulation is granted as follows:

A.      Defendants will file their motion to compel arbitration pursuant to the Federal Arbitration Act (9 U.S.C., §§ 1, et seq.) no later than on **October 5, 2012**;

B.      Plaintiff will file her opposition to any motion to compel arbitration no later than **October 22, 2012**;

C.      Defendants will file their reply to Plaintiff's opposition on no later than **November 5, 2012**;

D.      The hearing on the Arbitration Motion shall be set for **November 19, 2012 at 10:00 A.M.**

E.      The Scheduling Conference currently ordered for October 15, 2012 shall be continued to **November 19, 2012 at 10:00 A.M**.

IT IS SO ORDERED.

DATED: September 5, 2012       By: _____

Hon. Christina A. Snyder
United States District Court Judge

13036258.2 (OGLETREE)

CV12-6654Order01.doc

1                      Case No. CV 12-6654-CAS(MANx)