JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
ANNIE H. CHO, CA Bar No. 269633
annie.cho@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendants
C.H. ROBINSON COMPANY and
C.H. ROBINSON WORLDWIDE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRIE POUBLON, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C.H. ROBINSON COMPANY; C.H. ROBINSON WORLDWIDE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:12-cv-06654-CAS-MAN<br><br>**DECLARATION OF KATHY ARNOLD IN SUPPORT OF DEFENDANTS' MOTION TO STAY PURSUANT TO 9 U.S.C. § 3; AND TO DISMISS CLASS AND REPRESENTATIVE ALLEGATIONS**<br><br>Complaint Filed: June 13, 2012<br>Judge: Hon. Christina A. Snyder<br>Courtroom: 5 – Spring Street<br>Magistrate Judge: Hon. Margaret A. Nagle<br>Courtroom: 580 – Roybal<br><br>Discovery Cut-off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set<br><br>Hearing Date: December 17, 2012<br>Time: 10:00 a.m. |

## DECLARATION OF KATHY ARNOLD

I, Kathy Arnold, declare as follows:

1. I am Human Resources Manager – Employee Relations for Defendants C.H. Robinson Company and C.H. Robinson Worldwide, Inc. ("Defendants"). I make this declaration in support of Defendants' Motion to Stay Pursuant to 9 U.S.C. § 3; and to Dismiss Class and Representative Allegations. I have personal knowledge of all of the facts set forth below, and if called upon to testify to same, I could and would do so competently and truthfully.

2. As Human Resources Manager for Defendants, I have access to the employment and personnel records of Defendants' current and former employees, which are kept and maintained in the regular course of business.

3. Plaintiff Lorrie Poublon ("Plaintiff") began working for Defendants on May 7, 2007 as an Account Manager in Los Angeles, California.

4. On December 28, 2007, Plaintiff executed a Bonus Incentive Agreement. A true and correct copy of the Bonus Incentive Agreement and attached and incorporated into this declaration as **Exhibit A**.

5. The Bonus Incentive Agreement contains a Dispute Resolution Clause, which provides that any arbitration will be conducted in accordance with the Employment Arbitration Rules and Mediation Procedures of the American Arbitration Association and CHRW's Employment Dispute Mediation/Arbitration Procedure. A true and correct copy of the Employment Arbitration Rules and Mediation Procedures of the American Arbitration Association is attached and incorporated into this declaration as **Exhibit B**. A true and correct copy of CHRW's Employment Dispute Mediation/Arbitration Procedure is attached and incorporated into this declaration as **Exhibit C**.

6. On December 15, 2008, Plaintiff signed an Incentive Bonus Agreement. A true and correct copy of the Incentive Bonus Agreement is attached and incorporated into this declaration as **Exhibit D**.

1. 7. On December 23, 2009, Plaintiff signed an Incentive Bonus Agreement. A true and correct copy of the Incentive Bonus Agreement is attached and incorporated into this declaration as **Exhibit E**.

2. 8. On December 22, 2010, Plaintiff signed an Incentive Bonus Agreement. A true and correct copy of the Incentive Bonus Agreement is attached and incorporated into this declaration as **Exhibit F**.

3. 9. On December 23, 2011, Plaintiff signed an Incentive Bonus Agreement. A true and correct copy of the Incentive Bonus Agreement is attached and incorporated into this declaration as **Exhibit G**.

4. 10. In connection with my performance of human resources-related duties, I am aware that Defendants and its employees and agents engage in numerous interstate transactions as part of their day-to-day operations.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 5th day of November, 2012, at Eden Prairie, Minnesota.

Kathy Arnold

12935821.1 (OGLETREE)