1  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
   Norman B. Blumenthal (State Bar #068687)
2  Kyle R. Nordrehaug (State Bar #205975)
   Aparajit Bhowmik (State Bar #248066)
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone: (858)551-1223
   Facsimile: (858) 551-1232
5

6  Attorneys for Plaintiffs

7

8

9

10

11              **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  LORRIE POUBLON, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>16      Plaintiff,<br><br>18  vs.<br><br>19  C.H. ROBINSON COMPANY; C.H. ROBINSON WORLDWIDE, INC.; and DOES 1 through 50, inclusive,<br><br>22      Defendants. | Case No. **12-CV-06654 CAS (MANx)**<br><br>(Class Action)<br><br>STIPULATION FOR COUNSEL TO PARTICIPATE IN HEARING BY TELEPHONE<br><br>Judge:          Hon. Christina A. Snyder<br>Courtroom:    5 - Spring Street<br>Magistrate Judge: Hon. Margaret A. Nagle<br>Courtroom:    580 - Roybal<br><br>Discovery Cut:  None set<br>PTC Date:      None Set<br><br>Hearing Date:  November 13, 2012<br>Time:          10:00 a.m.<br><br>Complaint Filed: June 13, 2012 |

27

28

1    Plaintiff LORRIE POUBLON, and Defendants C.H. ROBINSON COMPANY
2    and C.H. ROBINSON WORLDWIDE, INC., respectfully stipulate to permit counsel for
3    Plaintiff, Attorney A.J. Bhowmik, Esq. of Blumenthal, Nordrehaug & Bhowmik, to
4    participate in the hearing regarding Defendant's Motion for Protective Order, [Doc. No.
5    24], by telephone.

6    There is good cause for this request based on the fact that counsel is located in San
7    Diego, California.  Counsel for Plaintiff was initially available to appear on the hearing
8    date set forth in the moving papers, November 6, 2012.  However, the hearing was
9    rescheduled to November 13, 2012, on which travel to Los Angeles for the hearing
10   would be difficult due to other conflicts.  As a result, personal appearance for the hearing
11   on November 13, 2012 would cause logistical difficulty for counsel for Plaintiff.

12   NOW, THEREFORE, it is hereby STIPULATED and AGREED that counsel for
13   Plaintiff may appear by telephone for the hearing on November 13, 2012 at 10:00 a.m.
14   regarding Defendant's Motion for Protective Order.

15   IT IS SO STIPULATED

16   Dated: November 9, 2012        BLUMENTHAL, NORDREHAUG & BHOWMIK

17

18                                   By: ___/s/ Aparajit Bhowmik___
19                                        Aparajit Bhowmik
                                         Email: aj@bamlawlj.com

20                                   Attorneys for Plaintiff

21

22   Dated: November 9, 2012        OGLETREE, DEAKINS, NASH, SMOAK &
                                     STEWART, P.C.
23

24                                   By: _____
25                                        Annie Cho
                                         Email: jack.sholkoff@ogletreedeakins.com

26                                   Attorneys for Defendants

27

28   K:\D\Dropbox\Pending Litigation\CH Robinson - Poublon - CLASS ACTION\Motion to Compel\p-stip-teleph.wpd

1      Plaintiff LORRIE POUBLON, and Defendants C.H. ROBINSON COMPANY

2  and C.H. ROBINSON WORLDWIDE, INC., respectfully stipulate to permit counsel for

3  Plaintiff, Attorney A.J. Bhowmik, Esq. of Blumenthal, Nordrehaug & Bhowmik, to

4  participate in the hearing regarding Defendant's Motion for Protective Order, [Doc. No.

5  24], by telephone.

6      There is good cause for this request based on the fact that counsel is located in San

7  Diego, California. Counsel for Plaintiff was initially available to appear on the hearing

8  date set forth in the moving papers, November 6, 2012. However, the hearing was

9  rescheduled to November 13, 2012, on which travel to Los Angeles for the hearing

10 would be difficult due to other conflicts. As a result, personal appearance for the hearing

11 on November 13, 2012 would cause logistical difficulty for counsel for Plaintiff.

12     NOW, THEREFORE, it is hereby STIPULATED and AGREED that counsel for

13 Plaintiff may appear by telephone for the hearing on November 13, 2012 at 10:00 a.m.

14 regarding Defendant's Motion for Protective Order.

15     IT IS SO STIPULATED

16 Dated: November 9, 2012     BLUMENTHAL, NORDREHAUG & BHOWMIK

17

18     By: _*/s/ Aparajit Bhowmik*_

19            Aparajit Bhowmik
       Email: aj@bamlawlj.com

20     Attorneys for Plaintiff

21

22 Dated: November 9, 2012     OGLETREE, DEAKINS, NASH, SMOAK &

23     STEWART, P.C.

24     By:

25            Anne Cho

26     Attorneys for Defendants

27

28 K:\D\Dropbox\Pending Litigation\CH Robinson - Poublon - CLASS ACTION\Motion to Compel\p-stip-teleph.wpd