JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
ANNIE H. CHO, CA Bar No. 269633
annie.cho@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendants
C.H. ROBINSON COMPANY and
C.H. ROBINSON WORLDWIDE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRIE POUBLON, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C.H. ROBINSON COMPANY; C.H. ROBINSON WORLDWIDE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 12-6654-CAS(MANx)<br><br>**STIPULATION REGARDING REVISED BRIEFING SCHEDULE AND TO CONTINUE THE SCHEDULING CONFERENCE**<br><br>[Order Filed Concurrently Herewith]<br><br>Complaint Filed: June 13, 2012<br>Trial Date: None Set<br>Judge: Hon. Christina A. Snyder |

13726202_2.doc

Case No. CV 12-6654-CAS(MANx)
STIPULATION REGARDING REVISED BRIEFING SCHEDULE
AND TO CONTINUE THE SCHEDULING CONFERENCE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Lorrie Poublon ("Plaintiff") and her attorneys of record, Blumenthal, Nordrehaug & Bhowmik, and Defendants C.H. Robinson Company; C.H. Robinson Worldwide, Inc. ("Defendants"), by their attorneys of record, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. (collectively, "the Parties"), that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1. On October 9, 2012, this Court signed an Order setting a briefing schedule on Defendants' motion to compel arbitration. (ECF No. 23.) The briefing schedule permitted time for Plaintiff to conduct limited discovery on the issues germane to the arbitration motion and for the Parties to obtain resolution of Defendants' motion for protective order on Plaintiff's discovery requests, prior to the hearing on Defendants' motion to compel arbitration.

2. The Parties stipulated to set the hearing on Defendants' motion for protective order on November 6, 2012.

3. On October 17, 2012, the Court notified the Parties that the hearing on Defendants' motion for protective order would be rescheduled to November 13, 2012 due to the unavailability of the Court. (ECF No. 26.)

4. On November 13, 2012, during the hearing on Defendants' motion for protective order, Magistrate Judge Nagle granted in part, denied in part, and took under submission in part, the Parties' disputed discovery requests. For the requests to which the Court ordered Defendants' responses, the Court ordered Defendants to respond and produce documents by November 20, 2012. For the requests to which the Court took under submission, the Court indicated that a decision will be made soon, and probably within the next few days.

5. Under the Parties' current stipulated briefing schedule, Plaintiff's opposition to Defendants' motion to compel arbitration is due to be filed by November 19, 2012. Given the Magistrate Judge Nagle's ruling of November 13, 2012, Plaintiff will be unable to obtain all evidence and information necessary for

13726202_2.doc

1   Case No. CV 12-6654-CAS(MANx)
STIPULATION REGARDING REVISED BRIEFING SCHEDULE
AND TO CONTINUE THE SCHEDULING CONFERENCE

her opposition until after the due date of her opposition.

**NOW, THEREFORE,** the Parties, through their respective counsel of records **AGREE AND HEREBY STIPULATE** that in order to allow scheduling for the resolution of their discovery disputes prior to the filing and resolution of Defendants' motion to compel arbitration:

    A.    Defendants' compliance with any Court order in favor of Plaintiff on the currently outstanding discovery requests which were taken under submission by the Court will be provided no later than **January 14, 2013**;

    B.    Plaintiff's opposition to Defendants' motion to compel arbitration shall be filed by **January 28, 2013**;

    C.    Defendants' reply in support of its motion to compel arbitration shall be filed by **February 11, 2013**;

    D.    The hearing on Defendants' Motion to Compel Arbitration shall be set for **February 25, 2013**.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** by the Parties that:

    6.    The Parties previously stipulated that the Scheduling Conference should be heard on the same day as Defendants' motion to compel arbitration. The Court signed an Order allowing for such a schedule on October 9, 2012. (ECF No. 23.) A Scheduling Conference held before the resolution of the motion would be premature, since the case may go to arbitration and thus obviate the need for a scheduling conference. Given the Parties' stipulation to revise the briefing and hearing schedule for the motion to compel arbitration, the Parties agree that the date of the Scheduling Conference should also be modified.

**NOW, THEREFORE,** the Parties, through their respective counsel of record

**AGREE AND HEREBY STIPULATE** that:

E. The Scheduling Conference ordered for December 17, 2012 should be heard on the same day as Defendants' motion to compel arbitration, **February 25, 2013.**

F. Defendants make the foregoing stipulations expressly subject to Plaintiff's agreement that these stipulations shall not constitute evidence or otherwise, of waiver by Defendants of its claim that this action should be stayed and that Plaintiff should be compelled to arbitrate the action on an individualized basis. The Parties agree that by entering into this stipulation, Defendants are neither engaging in litigation of this matter nor acting inconsistently with its existing right to compel arbitration, and that Plaintiff will not suffer prejudice as a result of the delay in the hearing of Defendants' motion to compel arbitration.

**IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

DATED: November 14, 2012            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Jack S. Sholkoff
Jack S. Sholkoff
Annie H. Cho
Attorneys for Defendants
C.H. ROBINSON COMPANY and
C.H. ROBINSON WORLDWIDE, INC.


DATED: November 14, 2012            BLUMENTHAL, NORDREHAUG & BHOWMIK


By: /s/ Aparajit Bhowmik
Aparajit Bhowmik
Attorneys for Plaintiff
LORRIE POUBLON